# UNITED STATES NAVY-MARINE CORPS
# COURT OF CRIMINAL APPEALS
# WASHINGTON, D.C.

**Before**
**K.J. BRUBAKER, M.C. HOLIFIELD, T.P. BELSKY**
**Appellate Military Judges**

**UNITED STATES OF AMERICA**

**v.**

**TY J. MITCHELL**
**PRIVATE (E-1), U.S. MARINE CORPS**

**NMCCA 201500330**
**SPECIAL COURT-MARTIAL**

**Sentence Adjudged**: 30 June 2015.
**Military Judge**: Col J.K. Carberry, USMC.
**Convening Authority**: Commanding Officer, 1st Battalion, 12th Marines, MCBH, Kaneohe Bay, HI.
**Staff Judge Advocate's Recommendation**: Maj T.S. Taylor, USMC.
**For Appellant**: LCDR W. Scott Stoebner, JAGC, USN.
**For Appellee**: Mr. Brian K. Keller, Esq.

**28 January 2016**

---------------------------------------------------------
**OPINION OF THE COURT**
---------------------------------------------------------

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority.  Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

For the Court



R.H. TROIDL
Clerk of Court